**Zion TSABBAR, Plaintiff–Appellant,**

v.

**Joan MADDEN, Leslie Lowenstein, Jeffrey Goldberg, Stanley Marguilies, Karelsen & Frank, Balber, Pickard Battistoni, Maldonado & Van Der Tuin, 17 East 89th Street Tenants Inc., Defendants–Appellees.**

No. 07–5537–cv.

United States Court of Appeals, Second Circuit.

June 9, 2009.

Zion Tsabbar, Bayside, N.Y., pro se.

John Van Der Tuin, (Steven N. Blivess, on the brief) Balber, Pickard, Maldonado & Van Der Tuin, PC, New York, N.Y., pro se and for defendant-appellee 17 East 89th Street Tenants, Inc.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. JON O. NEWMAN and Hon. ROSEMARY S. POOLER, Circuit Judges.

### *SUMMARY ORDER*

Zion Tsabbar appeals *pro se* from an order of the United States District Court for the Eastern District of New York (Irizarry, *J.* ), *sua sponte* dismissing Tsabbar's suit. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review; and we affirm for substantially the reasons stated by the district court. The request of defendants-appellees 17 East 89th Street Tenants, Inc. and Balber, Pickard, Maldonado & Van Der Tuin, PC for sanctions and costs is denied.

Finding no merit in Tsabbar's arguments, we hereby **AFFIRM** the judgment of the district court.